UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYRONE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et al.*,<br><br>    Defendants. | Case No. C05-5630RBL<br><br>ORDER TO PROVIDE FORMS |

    Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has not provided service documents. The Clerk is directed to send plaintiff three service forms.

    Plaintiff will fill out the forms and provide three copies of the complaint so the court can attempt service by mail. The forms and copies must be returned on or before **November 18th, 2005** or the court will recommend dismissal for failure to prosecute.

    The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **November 18th, 2005.**

    DATED this 7th day of October, 2005.

                                             */S/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge

ORDER