UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TYRONE WASHINGTON,

    Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS , *et al.*,

    Defendants.

Case No. C05-5630RBL

ORDER ON MOTION TO EXTEND TIME FOR DISCOVERY AND FOR SANCTIONS AND ON MOTION TO USE DISCOVERY AT TRIAL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff asks for an extension of the time allotted for discovery and for possible sanctions, including default. Plaintiff makes this request because he was separated from his legal work for approximately thirty eight days. (Dkt. # 26). Plaintiff also asks for permission to use discovery material he has obtained at trial. (Dkt. # 27).

    Defendants reply through counsel and explain that plaintiff was transferred from Mc Neil Island to the Washington State Penitentiary and the actions he complains of were not taken by any named defendant in this action. (Dkt. # 29). Defendants argue plaintiff lacks standing to seek injunctive relief of any kind against them because he is no longer housed at the facility where any named defendant works. (Dkt. # 29). Defendants contend no named defendant has control over the

ORDER - 1

actions of persons at the Washington State Penitentiary.  The named defendants in this action are two correctional officers, the Mc Neil Island Corrections Center, and the Washington State Department of Corrections.  (Dkt. # 1).  The defendants do not oppose plaintiff's request for a thirty day extension of time to conduct discovery.  (Dkt. # 29).

Plaintiff request for an extension of time to conduct discovery and for sanctions is **DENIED.**  Plaintiff has not shown any need or reason for an extension of the discovery cutoff date in this case.

In his second motion plaintiff asks for permission to use discovery at trial.  (Dkt. # 27).  The motion is premature and therefore **DENIED WITHOUT PREJUDICE**.  Prior to trial the court would have the parties prepare a pretrial order and matters of this nature are specifically addressed in that order.  See, Local Rule 16 (h through n).

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants and to remove (Dkt. # 26 and 27) from the court's calendar.

DATED this 22nd day of August, 2005.

>
> */S/ J. Kelley Arnold*
> J. Kelley Arnold
> United States Magistrate Judge

ORDER - 2