# United States District Court

WESTERN DISTRICT OF WASHINGTON

TYRONE WASHINGTON

        Plaintiff,

v.

WASHINGTON STATE DEPARTMENT,
OF CORRECTIONS, et al.,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5630RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation except as to the report's recommendation that plaintiff's claim against Officer Patton as analyzed under the Fourth Amendment, survives summary judgment.

Defendants' Motion for Summary Judgment (Dkt #36) is GRANTED.

Plaintiff's complaint is DISMISSED WITH PREJUDICE.


February 23, 2007

BRUCE RIFKIN
        Clerk

/s/ Pat LeFrois
        Deputy Clerk